**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MU'MIN ABDULAZIZ ASKEW
ADC #082276                                                                                          PLAINTIFF

V.                              CASE NO. 2:14-CV-00142 DPM/BD

DANNY BURL, et al.                                                                              DEFENDANTS

**ORDER**

Mu'min Abdulaziz Askew, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2) He claims that his placement in administrative segregation constitutes cruel and unusual punishment because he suffers from serious mental health needs. In addition, he alleges that: Defendants acted with deliberate indifference to his mental health needs; Defendants retaliated against for his use of the grievance process; Defendants denied him his right to participate in religious services; Defendants labeled him a "snitch"; and Defendants violated his due process rights. Accordingly, Mr. Askew has stated eighth amendment claims, first amendment claims, and a fourteenth amendment claim.

Service is appropriate for Defendants Burl, Earl, Mills, Cobb, Bray, Austin, Butler, Gay, Westbrook, Mann, and Branscumb. Although Mr. Askew named Valerie Westbrook, Tiffany Mann, and Ms. Branscumb as Defendants in his complaint, those Defendants are not currently listed on the docket sheet. (#2 at p.2) Accordingly, the Clerk of the Court is instructed to update the docket sheet to include Defendants Westbrook, Mann, and Branscumb.

Service for Defendants Burl, Earl, Mills, Bray, Austin, Gay, Westbrook, Mann, and Branscumb should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.  Service for Defendant Brett Butler should be through counsel for Corizon, Inc., Humphries, Odum & Eubanks, P. O. Box 20670, White Hall, Arkansas 72612.

IT IS SO ORDERED, this 17th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE