IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MU'MIN ABDULAZIZ ASKEW
ADC #082276                                                                PLAINTIFF

v.                      No. 2:14-cv-142-DPM-BD

DANNY BURL, Warden, EARU;
DEANGELO EARL, Deputy Warden,
EARU; DAVID MILLS, Building Major,
EARU; MARY COBB; ALEX BRAY,
Chaplain, EARU; TED AUSTIN, ACC
Officer, EARU; BRETT BUTLER,
Doctor, EARU; WILLIAM GAY;
VALERIE WESTBROOK, Classification
Officer; TIFFANY MANN, Lieutenant;
and BRANSCUMB, Nurse                       DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Askew's claims based on failure to follow ADC policies or procedures and his claim based on his assignment to administrative segregation are dismissed without prejudice.

So Ordered.

                                                   _____
                                                   D.P. Marshall Jr.
                                                   United States District Judge

                                                   20 January 2015