IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MU'MIN ABDULAZIZ ASKEW
ADC #082276                                                           PLAINTIFF

v.                          No. 2:14-cv-142-DPM-BD

DANNY BURL, Warden, EARU;
DeANGELO EARL, Deputy Warden,
EARU; DAVID MILLS, Building Major,
EARU; MARY COBB; ALEX BRAY,
Chaplain, EARU; TED AUSTIN, ACC
Officer, EARU; BRETT BUTLER,
Doctor, EARU; WILLIAM GAY;
VALERIE WESTBROOK, Classification
Officer; TIFFANY MANN, Lieutenant;
and MONICKA BRANSCUMB, Nurse                                         DEFENDANTS

ORDER

Motion to reconsider, № 41, denied. Magistrate Judge Deere did not err in counting Askew's pre-PLRA dismissals as "strikes" for purposes of 28 U.S.C. § 1915(g). *Jacobs v. Jackson*, 2005 WL 1923175, at *2 (E.D. Ark. 9 Aug. 2005). Askew may proceed with his case but must pay the filing fee by 19 May 2015 or his case will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 April 2015