IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MU'MIN ABDULAZIZ ASKEW
ADC #082276                                                                PLAINTIFF

v.                          No. 2:14-cv-142-DPM

DANNY BURL, Warden, EARU; DeANGELO
EARL, Deputy Warden, EARU; DAVID MILLS,
Building Major, EARU; MARY COBB; ALEX BRAY,
Chaplain, EARU; TED AUSTIN, ACC Officer,
EARU; BRETT BUTLER, Doctor, EARU;
WILLIAM GAY; VALERIE WESTBROOK,
Classification Officer; TIFFANY MANN, Lieutenant;
and MONICKA BRANSCUMB, Nurse                                               DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 49, and overrules Askew's objections, № 52. FED. R. CIV. P. 72(b)(3). Askew's notice of appeal, № 44, was premature and does not deprive this Court of jurisdiction to consider the recommendation and enter final judgment. FED. R. APP. P. 4(a)(1)(A); 28 U.S.C. § 1291; *see also Dieser v. Continental Casualty Company*, 440 F.3d 920, 923-27 (8th Cir. 2006). Askew's remaining claims will be dismissed without prejudice for failure to pay the filing fee. Butler and Branscomb's motion to dismiss, № 30, is denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2015