IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MU'MIN ABDULAZIZ ASKEW
ADC #082276                                                                                                PLAINTIFF

v.                                    No. 2:14-cv-142-DPM

DANNY BURL, Warden, EARU; DeANGELO
EARL, Deputy Warden, EARU; DAVID MILLS,
Building Major, EARU; MARY COBB; ALEX BRAY,
Chaplain, EARU; TED AUSTIN, ACC Officer,
EARU; BRETT BUTLER, Doctor, EARU;
WILLIAM GAY; VALERIE WESTBROOK,
Classification Officer; TIFFANY MANN, Lieutenant;
and MONICKA BRANSCUMB, Nurse                                                   DEFENDANTS

## JUDGMENT

1. Askew's claims about failure to follow ADC policies and his assignment to administrative segregation are dismissed without prejudice for failure to state a claim.

2. Askew's remaining claims are dismissed without prejudice for failure to pay the filing fee.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 September 2015